**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50506 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-01441-VBF |
| v. | |
| JUAN CARLOS GUERRERO MONSON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Valerie Baker Fairbank, District Judge, Presiding

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Juan Carlos Guerrero Monson appeals from the 168-month sentence

imposed following his guilty-plea conviction for conspiracy to possess with intent

to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846,

841(a)(1), 841(b)(1)(A) and possession with intent to distribute methamphetamine,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Monson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.